IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:05-CR-00048-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| TRAVIS SENTELL MONROE | |

This matter is before the court on defendant's memorandum in support of motion for early termination of supervised release, which the court construes as a motion requesting this relief. (DE # 82.) The government filed a response. (DE # 84.)

> The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)—
> (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]

18 U.S.C. § 3583(e).

Defendant has served just over one year of a five-year term of supervised release. He provides no factual justification for his request for early termination. The government opposes defendant's request, citing his criminal and "recidivist history." (DE # 84, at 3.) It notes that the United States Probation Office does not recommend early termination at this time. (Id. at 4 n.1.)

Considering the record in this case, particularly the opinion of the United States Probation Office, the court finds that the interest of justice would not be served by the early termination of defendant's supervised release now. Defendant's motion is DENIED WITHOUT PREJUDICE. If defendant files another motion for early termination, the motion shall state the

position of his supervising probation officer.

This 31 July 2020.

_____
W. Earl Britt
Senior U.S. District Judge